

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00829-CV

**WESTERN RIM PROPERTY SERVICES, INC.,**
Appellant

v.

Paula **BAZAN-GARCIA,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014CV01064
Honorable Walden Shelton, Judge Presiding

# O R D E R

The record in this accelerated appeal was due December 4, 2014, but it has not been filed. On December 9, 2014, the court reporter filed a notification stating the reporter's record has not been filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the twenty-page record and that appellant is not entitled to the record without paying the fee. See Tex. R. App. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court by **December 15, 2014**, that the reporter's fee has been paid or that appellant is entitled to the record without prepayment of the reporter's fee. If appellant fails to file such proof within the time provided, appellant's brief will be due **December 30, 2014**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See Tex. R. App. P. 37.3(c).

We further **order** the court reporter, Lori M. Bryant, to file the record within ten days of receiving payment.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.



Keith E. Hottle
Clerk of Court